NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARRIOR SPORTS, INC.,**
*Plaintiff-Appellee,*

v.

**DICKINSON WRIGHT, P.L.L.C.,**
*Defendant-Appellant,*

**and**

**JOHN A. ARTZ, P.C., DOING BUSINESS AS ARTZ & ARTZ P.C., JOHN A. ARTZ, and JOHN S. ARTZ,**
*Defendants.*

---

2010-1091

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 09-CV-12102, Judge Gerald E. Rosen.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Warrior Sports, Inc.'s motion for a 14-day extension of time, until July 2, 2010, to file its response brief.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 0 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Andrew J. Kochanowski, Esq.
     Megan K. Cavanagh, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 9 2010

JAN HORBALY
CLERK